UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21 CR 407 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| JAMES PIXLEY, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jonathan D. Greenberg, regarding the change of plea hearing of James Pixley, which was referred to the Magistrate Judge with the consent of the parties.

On May 27, 2021 the government filed a 1 count, Indictment, charging James Pixley with Possession with intent to Distribute Methamphetamine, in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(A).

On February 23, 2022 Magistrate Judge Greenberg held an arraignment, during which Mr. Pixley entered a plea of not guilty to the charge. On August 25, 2022 Magistrate Judge Greenberg received Defendant Pixley's plea of guilty to count 1of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Pixley

is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant James Pixley is adjudged guilty to count 1of the Indictment, in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(A).

This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on December 15, 2022 at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 22, 2022